438 A.2d 633

McCaslin, et ux. v. Excelsior Ins. Co. Of N. Y., Appellant.

Argued September 8, 1980. Lester L. Greevy, Jr., for appellant; Richard Gahr, for appellees.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment affirmed.